1:14-cv-1313

**Marcos Santiago**
Name
**55363-066**
Prison Number
**USP Canaan**
**PO Box 300**
**Waymart, PA 18472**
Address or Place of Confinement

Note: If represented by an attorney, write attorney's name, address & telephone number

**FILED
SCRANTON**

JUL 0 9 2014

PER _____
DEPUTY CLERK

---

## United States District Court

**Middle** DISTRICT OF **Pennsylvania**

---

**Marcos Santiago**
Full Name (First, Middle, Last)

Petitioner,

vs.

**Mr Ebbert**
Name of Warden
(or other authorized person having custody of petitioner)

Respondent.

CASE NO. **14-1313**
(to be supplied by the Clerk of
United States District Court)

**PETITION FOR
WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 22**
**BY A PERSON IN FEDERAL CU**

---

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1. ✓ a conviction
2. _____ a sentence
3. _____ jail or prison conditions
4. _____ prison discipline
5. ✓ a parole problem
6. _____ other

CAUTION:  If you are attacking a federal convi
sentence or judgment, you must
first file a direct appeal or motion
28 U.S.C. § 2255 in the federal co
entered judgment.

---

# PETITION

(1) Place of detention: USP Canaan PO Box 300,
Waymart PA

(2) Name and location of court which imposed sentence: U.S. DISTRICT
COURT Eastern District OF PA

(3) Offense(s) and indictment number(s) (if known) for the sentence imposed:

NA

(4) The date the sentence was imposed and the terms of the sentence:

NA

(5) What was your plea (check one):   Not guilty (✓)   Guilty ( )   Nolo contendere (

(6) Kind of trial (check one):   Jury (✓)   Judge only ( )

(7) Did you appeal from the judgment of conviction or the imposition of sentence:   Yes (✓)   No

(8) If you did appeal, answer the following for *each* appeal:

FIRST APPEAL:
Name of court: N/A
Grounds raised (list each):
    1) _____
    2) _____

Result/Date of result: _____

SECOND APPEAL:
Name of court: N/A
Grounds raised (list each):
    1) _____
    2) _____

Result/Date of result: _____

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9) State *CONCISELY* every ground on which you claim that your sentence is being executed in an ille
manner. Summarize *briefly* the *facts* supporting each ground

    CAUTION:    If you fail to set forth all grounds in this petition, you may be barred from presenti
                   additional grounds at a later date.

GROUND ONE  Wrongful disciplinary conviction

By DHO

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

CAUTION:   You must state *facts, not conclusions*, in support of your grounds. A rule o
thumb to follow is – who did exactly what to violate your rights at what ti
place.

On or around April, 2013, I was issued
a false incident report for threatening
another with bodily harm. Not only
did Mrs. Valley of the chapel lie on me
but the incident report conviction makes
no sense.

GROUND TWO   (see attached

memorandum)

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

## ADMINISTRATIVE APPEALS

(10)   Have you presented the claims raised in Question #9 of this petition to prison officials in a priso
administrations appeal?

Yes ( ✓ )     No ( )   If your answer is no, explain why not: _____

If your answer is yes, answer the following for *each* administrative appeal:

FIRST ADMINISTRATIVE APPEAL          Level of appeal: Region
Grounds raised (list each):
1) Same as above
2)
Result/Date of result: denied

SECOND ADMINISTRATIVE APPEAL         Level of appeal: Washington
Grounds raised (list each):
1) Same as above
2)
Result/Date of result: Never responded back
to me.

THIRD ADMINISTRATIVE APPEAL          Level of appeal:_____
Grounds raised (list each):
     1) _____ N/A _____
     2) _____
Result/Date of result:_____

FOURTH ADMINISTRATIVE APPEAL          Level of appeal:_____
Grounds raised (list each):
     1) _____ N/A _____
     2) _____
Result/Date of result:_____

(11)    Is the grievance process completed?    Yes (✓)    No ( )

## PREVIOUS PETITIONS

(12)    Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

    Yes ( )    No (✓)

(13)    If your answer to Question #12 was yes, give the following information for *each* previous petition:

FIRST PREVIOUS PETITION
Name of court:_____ N/A _____
Nature of proceeding:_____
Grounds raised (list each):
     1) _____
     2) _____
Result/Date of result:_____

SECOND PREVIOUS PETITION
Name of court:_____ N/A _____
Nature of proceeding:_____
Grounds raised (list each):
     1) _____
     2) _____
Result/Date of result:_____

(14)    If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why y are filing your petition pursuant to § 2241 instead of § 2255.

_____ N/A _____
_____
_____
_____

(15)   Are you presently represented by counsel?

Yes ( )          No ( ✓ )

If so, provide your attorney's name, address, and telephone number:

_____

_____

(16)   If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting f the required information?

Yes ( ) .          No ( ✓ )

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

July 1, 2014
(Date)

*Marcos F. Santos*
(Signature of Petitioner)

_____
(Signature of Attorney, if any)

Marcos F. Santiago
Reg. No. 55363-066
USP Canaan
PO Box 300
Waymart, PA 18472


July 2, 2014


Office of the Clerk
Mary D' Andrea
U.S. District Court
235 N. Washington Ave.
PO Box 1148
Scranton, PA 18501


Dear Mrs. D'Andrea:


    Enclosed please find a formal application pursuant to 2241 together with an informal memorandum in support of 2241. At this point I am not sure if the filing fee for said motion is five dollars or ten (as an inmate recently informed me)? Therefore, can you please file the enclosed documents and let me know as soon as possible how much I must send to your office for filing these documents? I will then make out a money order for that amount and forward it to your office without delay. Thank you very much and have nice day!


                        Sincerely,

                        Marcos F. Santiago

PS: Can you please send me back a copy
    of my motion and memorandum with
    the date on it on which they were filed? Thanks in advance.



Marcos F. Santiago
Reg. No. 55363-0-66
USP Canaan
PO Box 300
Waymart, PA 18472

LEGAL MAIL

RECEIVED
SCRANTON

JUL 0 9 2014

For _____ DEPUTY CLERK

To:

Office of the Clerk
Mary D' Andrea
U.S. District Court
Middle District of Pennsylvani
235 N. Washington Ave.
PO Box 1148
Scranton, PA 18501

18501$1148 B099