IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCOS F. SANTIAGO,** | : | **CIVIL NO. 1:14-CV-1313** |
| Petitioner | : | |
| | : | **(Judge Rambo)** |
| v. | : | **(Magistrate Judge Saporito)** |
| | : | |
| **WARDEN EBBERT,** | : | |
| Respondent | : | |

# **O R D E R**

AND NOW, this 19th day of August, 2015, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Saporito (Doc. 18).

2) The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is **DENIED**.

3) The Clerk of Court shall close the file.

s/Sylvia H. Rambo
United States District Judge